UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTA LASHAUN PERRY,<br><br>Defendant. | No. 2:23-cr-00316-TLN<br><br>**ORDER** |

    This matter is before the Court on Defendant Donta Lashaun Perry's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 3.) The Government has not filed an opposition. For following reasons, the Court GRANTS Defendant's motion.

    Defendant was convicted of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g) & 924(2) and Using, Carrying and Possessing a Firearm in Connection with a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c)(1)(A)(i) in the Northern District of California. (ECF No. 1.) Defendant was sentenced to five years in prison to be followed by a 36-month term of supervised release. (ECF No. 3 at 2.) Defendant's term of supervised release began on August 7, 2023. (*Id.*) Jurisdiction transferred to this Court on December 13, 2023. (*Id.*) Defendant filed the instant motion for early termination of his supervised release on January 13, 2025. (ECF No. 4.)

///

"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). "The statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18 U.S.C. § 3583(e)(1)). Defendant has the burden to demonstrate that early termination of supervised release is justified. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

Defendant requests early termination of supervised release based on his good conduct on supervised release for over a year, his hard work as a professional chef and small business owner, his commendable efforts to support his family, and the support of his probation officer. (ECF No. 3 at 4.) Defendant also submits many character reference letters from friends, family, and co-workers, attesting to the positive changes he has made in his life. Based on the Government's non-opposition and Defendant's exemplary conduct while on supervised release, the Court finds Defendant has met his burden to show that early termination of supervised release is warranted pursuant to 18 U.S.C. § 3583(e). *Emmett*, 749 F.3d at 819.

Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby GRANTED. (ECF No. 3.)

IT IS SO ORDERED.

Date: February 6, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE